1    WO

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    United States of America,                    No. CR16-08089-001-PCT-DMF

10                   Plaintiff,                    **ORDER**

11   v.

12   Mel La'Joe Wright,
                         Defendant.
13

14          The defendant appeared in court with counsel. The defendant's probable cause

15   hearing was waived on January 4, 2017.  The detention hearing was submitted on January

16   17, 2017 on the record.   The Court previously found probable cause to believe the

17   defendant violated the terms of his supervised probation as alleged in the petition.  The

18   Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by

19   clear and convincing evidence that he is not a flight risk or a danger.

20          IT IS HEREBY ORDERED that the defendant shall be bound over for further

21   proceedings on the petition to revoke his supervised probation.

22          IT IS FURTHER ORDERED that the defendant is detained as flight risk and

23   danger, pending further revocation proceedings.

24          Dated this 17th day of January, 2017.

25
                                                 Honorable Deborah M. Fine
26                                               United States Magistrate Judge

27

28